DAVID WINANS, *Respondent, v.* ABRAHAM COX and others, *Appellants.* — Judgment affirmed, with costs. Opinion by BOCKES, J.

DANIEL RAWLEY, *Respondent, v.* NATHAN R. BROWN, *Appellant.* — Judgment and order affirmed, with costs. Opinion by BOARDMAN, J.

PERCIVAL D. NEARING, *Respondent, v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Appellant.* — Judgment and order affirmed, with costs. Opinion by BOARDMAN, J.

COMMISSIONERS OF ALMS-HOUSE *v.* ISRAEL. SAME *v.* OSTERHOUT. — Motion for leave to go to Court of Appeals denied.

WINTER *v.* RIGGINS. — Motion for re-argument denied.

LAPHAM *v.* CHROME STEEL COMPANY. — Motion for re-argument denied, with ten dollars cost.

JOHNSON *v.* THOMSON. — Motion for leave to go to Court of Appeals denied.

GRAVELINE *v.* KELLY. — Motion for leave to go to Court of Appeals denied.

IN THE MATTER OF THE ATTORNEY-GENERAL *v.* THE NORTH AMERICA LIFE INSURANCE COMPANY. — Order affirmed, with ten dollars costs and printing disbursements against appellants.

BETSY CORNELIUS, *Appellant, v.* AVERY BARTON, *Respondent.* — Order reversed, with ten dollars costs and printing disbursements, and motion denied. Opinion by BOARDMAN, J.

THE COXSACKIE AND OAK HILL PLANK-ROAD COMPANY, *Appellant, v.* FREDERICK GIFFORD, *Respondent.* — Judgment of County Court affirmed, with costs.

THE COXSACKIE AND OAK HILL PLANK-ROAD COMPANY, *Appellant, v.* JOHN DOLAN, *Respondent.* — Judgment of County Court affirmed, with costs.

WILLIAM McKILLOP, *Appellant, v.* FRANCIS BURTON BURHANS and THOMAS HILL, *Respondents.* — Judgment affirmed, with costs. Opinion by BOARDMAN, J.

THE ULSTER COUNTY SAVINGS INSTITUTION, *Respondent, v.* THE FOURTH NATIONAL BANK OF NEW YORK, *Appellant.* — Order affirmed, with ten dollars costs and printing disbursements.